# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DAYNE ADENAUER WHITE | § | |
| TDCJ-CID #1697328, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3067 |
| | § | |
| WILLIAM STEPHENS, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with Memorandum and Opinion of today's date, the respondent's motion for summary judgment, (Docket Entry No. 17), is granted. Dayne Adenauer White's petition for a writ of habeas corpus is denied. Civil Action No. H-13-3067 is dismissed with prejudice. This is a final judgment.

SIGNED on June 20, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge